U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 3 0 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | 2:19-CR-59-Z-BR |
| NASIR EL AMEER AL ZIAD<br>a/k/a Nasir El Amir Al Ziad<br>a/k/a Quentin Alexander Walker | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

On January 15, 2020, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Nasir El Ameer Al Ziad filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Nasir El Ameer Al Ziad was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Nasir El Ameer Al Ziad; and ADJUDGES Defendant Nasir El Ameer Al Ziad guilty of Count Three in violation of 18 U.S.C. § 1343. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, January 30, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE